PARVIZ DARABI, SBN 209021
DANIEL B. SWERDLIN, SBN 243452
**LAW OFFICES OF PARVIZ DARABI**
500 Airport Blvd., Suite 150
Burlingame, CA 94010
Telephone:  (650) 343-5357
Facsimile:    (650) 343-5391

Attorneys for Plaintiffs,
ALICIA  DIAZ  NEGRETE,  ALICIA VELASCO, and
MARICRUZ CORNEJO


DYLAN B. CARP, SBN196846
RINA WANG, SBN 269608
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, CA 94111
Telephone: (415) 394-9400
Facsimile: (415)394-9401

Attorneys for Defendant
VESTA INC. D/B/A
COLORADO CARPET CLEANING

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA  DIAZ  NEGRETE, an individual, ALICIA VELASCO, an individual, MARICRUZ CORNEJO, an individual, <br><br>                    Plaintiffs, <br>Vs. <br><br>VESTA INC., a Colorado Corporation, Which Will Do Business In California As COLORADO CARPET CLEANING, Also dba INTERNATIONAL SERVICE CLEANERS, INC.; MAGDALENA SANCHEZ and DOES 1-30, inclusive, <br><br>                    Defendants. | Case No. : 2:15−CV−01577−WBS−CKD <br><br><br><br>**ORDER RE STIPULATION REGARDING AMOUNT IN CONTROVERSY AND REMAND** |

_____
Case No. : 2:15−CV−01577−WBS−CKD
[Proposed] Order Re: Stipulation Regarding Amount in Controversy and Remand
-1-

Based on the Stipulation Regarding Amount in Controversy and Remand of the Parties, that the amount in controversy, inclusive of any and all attorneys' fees through the conclusion of a trial in this action, does not exceed $75,000.00, in that Plaintiff stipulates and agrees he cannot recover any amount, whether damages, penalties, costs, attorneys' fees, or any other type of recovery, through time of trial in excess of $75,000.00, this matter shall be remanded to Superior Court of California, County of Sacramento. Each party will bear it/their own attorney's fees and costs in connection with the removal and this remand.

IT IS SO ORDERED.

Dated: August 20, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE